UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>GEOFFERY COLE; ADMIRAL'S EXPERIENCE, INC.,<br><br>                    Defendants. | Case No. 23-cv-1862-BAS-DDL<br><br>**ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO SERVE PLAINTIFF'S INITIATING SUIT PAPERS (ECF No. 7)** |

Before the Court is Plaintiff's second *Ex Parte* Application for an Extension of Time to Serve the Complaint and Summons. (ECF No. 7.) Plaintiff initiated this case when it filed its Complaint on October 11, 2023. (ECF No. 1.) Service of the Complaint and Summons was due on January 9, 2024. Fed. R. Civ. P. 4(m). That deadline came and went without Plaintiff filing proof of service with the Court. On January 12, 2024, this Court issued an Order to Show Cause ("OSC") regarding Plaintiff's failure to serve Defendants. (ECF No. 4.) Plaintiff timely responded to the OSC and requested additional time to effect service of process. (ECF No. 5.) This Court granted Plaintiff's request for additional time and extended the deadline to effect service of process to February 23, 2024. (ECF No. 6.) On that day, Plaintiff filed a second *ex parte* request for additional time to serve Defendants—the present motion before the Court. (ECF No. 7.)

When a motion for extension is made before a deadline has passed, Federal Rule of Civil Procedure ("Rule") 6(b)(1)(A) requires the court to grant an extension of time for good cause shown.  Here, Plaintiff has represented that, despite multiple attempts, it has been unable to perfect service of process upon Defendants.  (ECF No. 7 at ¶ 3, Ex. 1.)  Accordingly, for good cause shown, the Court hereby **GRANTS** Plaintiff's request for additional time to effect service of process on Defendants.  Proof of service of process is now due **no later than Friday, March 8, 2024**.

IT IS SO ORDERED.

DATED: February 26, 2024

Hon. Cynthia Bashant
United States District Judge